# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE JEFFERSON | CIVIL ACTION NO. 07-4836 |
| VERSUS | |
| ALLSTATE INSURANCE COMPANY | SECTION M |

## ORDER

Before the Court is Defendant Allstate Insurance Company's Motion for Summary Judgment which came for hearing on June 25, 2008, on the briefs. The motion appears meritorious, and no opposition was timely filed (see Local Rule 7.5E).

Accordingly, the Motion is **GRANTED, and the case is dismissed with prejudice, each party to bear its own costs.**

New Orleans, Louisiana, this 25th day of June, 2008.

Peter Beer
United States District Judge